UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TASHA JEANNETTE BATES, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | No. 1:24-CV-266 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| COMMISSIONER OF SOCIAL SECURITY | ) | Magistrate Judge Cynthia R. Wyrick |
| ADMINISTRATION, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**O R D E R**

Before the Court is Plaintiff Tasha Jeannette Bate's motion for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (Doc. 19.) The parties filed a joint stipulation agreeing that an award of $7,613.56 is appropriate. (Doc. 20.)

United States Magistrate Judge Cynthia R. Wyrick filed a report and recommendation (the "R&R") (Doc. 21) on April 10, 2025, pursuant to 28 U.S.C. § 636(b) and Rule 72(b) of the Federal Rules of Civil Procedure. Neither party has objected to the R&R within the given fourteen days. *See* Fed. R. Civ. P. 72(b).

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations. Accordingly, it is **ORDERED** that Plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act (Doc. 19) is **GRANTED**, and the total fee award in the amount of $7,613.56 is **APPROVED**. It is further **ORDERED** that, in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the fee is payable to Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States, and that, if Plaintiff owes no debt to the

United States, then the payment of the fees can be made to Plaintiff's counsel to the extent that

Plaintiff and Plaintiff's counsel have executed a valid fee assignment.

**SO ORDERED.**

**ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

2